IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

CALVIN O. TANKESLY, JR.,           )
                                   )
        Petitioner,                )
                                   )      No. 3:06-00543
        v.                         )      JUDGE HAYNES
                                   )
TOMMY MILLS, Warden,               )
                                   )
        Respondent.                )

*[handwritten: ORDER The motion for a conference is GRANTED. The conference to set for December 3, 2010 at 10:00am William [signature] 11-22-10]*

## MOTION FOR ORDER REQUIRING PRODUCTION OF DOCUMENTS AND SETTING A SCHEDULING CONFERENCE

Habeas corpus petitioner Calvin O. Tankesly respectfully requests that this Court enter an order (1) requiring the Tennessee Department of Children's Services (DCS) and the Police Department for the Metropolitan Government of Nashville and Davidson County, Tennessee (MPD), produce documents; and (2) setting a scheduling conference no sooner than fourteen (14) days after the DCS and MPD produce the documents. In support thereof, Mr. Tankesly shows:

1. On January 9, 2009, this Court ruled that Mr. Tankesly had established good cause to serve subpoenas on the DCS and MPD. D.E. 42; see Rule 6 of the Rules Governing Section 2254 Cases in the United States District Courts.

2. Mr. Tankesly served the authorized subpoenas.

3. The DCS filed a motion to quash the subpoena Mr. Tankesly served on it. D.E. 43.

4. Mr. Tankesly and the DCS reached an agreement. In return for DCS's agreement to withdraw its motion to quash, Mr. Tankesly agreed to sign a protective order governing the production of the subpoenaed DCS documents. D.E. 48.

5. The MPD raised concerns about the subpoena Mr. Tankesly served on it that were