IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CALVIN O. TANKESLY, JR., | ) | |
| | ) | |
| Petitioner, | ) | CASE NO. 3:06-0543 |
| | ) | JUDGE HAYNES |
| v. | ) | |
| | ) | |
| TOMMY MILLS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

ORDER

In accordance with the Memorandum filed herewith, the Respondent's motion to dismiss (Docket Entry No. 67) is **GRANTED**, and the Petitioner's motion for summary judgment (Docket Entry No. 61) and amended petition for the writ of habeas corpus are **DENIED**. This action is **DISMISSED with prejudice**. Petitioner is **GRANTED** a Certificate of Appealability on his non-defaulted claims.

This is the Final Order in this action.

It is so **ORDERED**.

ENTERED this the _24th_ day of March, 2011.

WILLIAM J. HAYNES, JR.
United States District Judge